UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:18-cv-00550

**Dawson Estate, et al.,**
*Plaintiffs,*

v.

**Kelcy L. Warren, et al.,**
*Defendants.*

Before BARKER, *District Judge*

## FINAL JUDGMENT

The court, having rendered its decision by order and opinion, hereby enters final judgment. This action is **dismissed with prejudice**. Any outstanding motions are **denied as moot**. Each party will bear its own costs. The clerk of court is **directed** to close the case.

*So ordered by the court on March 3, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge