# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 20-40288

SHEIK TEHUTI,

    Plaintiff - Appellant

v.

CEO KELCY L. WARREN; CEO MICHAEL J. HENNIGAN; CEO MICHAEL K. WIRTH; ROYALL WATKINS,

    Defendants - Appellees

**A True Copy**
**Certified order issued Jun 23, 2020**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

---

Appeals from the United States District Court
for the Eastern District of Texas

---

Before DAVIS, STEWART, and OLDHAM, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment.

    In this case, the district court entered final judgment dismissing the complaint on March 3, 2020. Therefore, the final day for filing a timely notice of appeal was April 2, 2020. The plaintiff has filed two notices of appeal. The first was filed on April 13, 2020 and the second on April 14, 2020. When set by

No. 20-40288

statute, the time limitation for filing a notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.,* 138 S. Ct. 13, 17 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeals. *United States v. Garcia-Machado*, 845 F. 2d 492, 493 (5th Cir. 1988). Accordingly, the appeals are DISMISSED for want of jurisdiction.