# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 23, 2020

Mr. David O'Toole
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Room 106
Tyler, TX 75702

    No. 20-40288   Dawson Estate v. Kelcy Warren, et al
                         USDC No. 6:18-CV-550

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dawn M. Shulin, Deputy Clerk
504-310-7658

cc w/encl:
    Mr. Darryl Wade Anderson
    Mr. Sheik Tehuti